## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANDRO ZURABASHVILI** : | |
| Petitioner, : | |
| : | |
| v. : | Civil No. 2:26-cv-03752-JLS |
| : | |
| **J.L. JAMISON, *et al.*,** : | |
| Respondents. : | |

## ORDER

**AND NOW**, this 2ⁿᵈ day of June, 2026, **IT IS HEREBY ORDERED** that Respondents shall file any opposition to the request for the petition for a writ of habeas corpus on or before **June 8, 2026, at 5:00 PM**.

It is further **ORDERED** that the Petitioner's Emergency Motion for a Temporary Restraining Order [Doc. 2] is **GRANTED** as follows:

a. Respondents are **ENJOINED** from transferring Petitioner outside the jurisdiction of the Eastern District of Pennsylvania; and

b. Respondents are **ENJOINED** from removing Petitioner from the United States, absent further order of this Court.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge