**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDRO ZURABASHVILI** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-03752-JLS |
| | : | |
| **J.L. JAMISON, *et al.*,** | : | |
| Respondents. | : | |

## **ORDER**

**AND NOW**, this 8th day of June, 2026, upon consideration of Sandro Zurabashvili's ("Petitioner")

Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition to

Petition for Writ of Habeas Corpus (ECF No. 5), **IT IS HEREBY ORDERED** that the Petition (ECF

No. 1) is **GRANTED**[1] as follows:

1. Sandro Zurabashvili is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Sandro Zurabashvili from custody immediately and certify

compliance with the Court's Order by filing an entry on the docket no later than **5:00 p.m. ET on June

9, 2026.**

---

[1]Petitioner, a citizen of Georgia, entered the United States without inspection on or about May 17, 2022. See ECF No. 1, Pet. ¶¶ 9,15. Shortly after entering the United States, Petitioner was detained, placed in removal proceedings, and released. *Id*. He is currently seeking asylum. *Id*. ¶ 16. On June 1, 2026, Petitioner was arrested and detained by ICE pursuant to 8 U.S.C. § 1225(b)(2)(A). *Id*. ¶ 18. Petitioner is currently detained at the Philadelphia Federal Detention Center (FDC). *Id*. ¶ 9.

Respondents assert that the Petition should be denied because Petitioner is lawfully detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and his detention does not violate constitutional due process. Based on the Court's previous opinions, the decisions of all the judges who have considered the issue in the district, *see e.g.*, *Cantu-Cortes v. O'Neill*, No. 25-cv-6338, 2025 WL 3171639, at *1-2 (E.D. Pa. Nov. 13, 2025), the Court finds Petitioner cannot be detained under § 1225(b)(2)(A). Petitioner's current detention is therefore illegal, and he is entitled to relief. Mr. Zurabashvili's petition for a writ of habeas corpus will be granted and he shall be immediately released.

3. If the Government chooses to pursue re-detention of Sandro Zurabashvili pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.;

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge