**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDRO ZURABASHVILI** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-03752-JLS |
| | : | |
| **J.L. JAMISON,** *et al.*, | : | |
| Respondents. | : | |

## <u>ORDER</u>

**AND NOW**, this 9th day of June, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 7), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.